IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN, | 1:10-cv-00211-LJO-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| DONNY YOUNG BLOOD, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Plaintiff Gregory McClellan ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 12, 2010, pursuant to 28 U.S.C. § 1915(g), the court denied plaintiff's application to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within thirty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than forty days have passed and plaintiff has not paid the filing fee.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

**Dated:   March 26, 2010**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE